# EXHIBIT A

| Original - Court | 2nd Copy - Plaintiff |
|---|---|
| 1st Copy- Defendant | 3rd Copy -Return |

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS | CASE NO. 25-001923-NO Hon.Edward J. Joseph |
|---|---|---|

Court telephone no.:

| Plaintiff's name(s), address(es), and telephone no(s) Montgomery, Grant | v | Defendant's name(s), address(es), and telephone no(s). Starbucks Corporation |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no Thomas G. Krall 75303 26640 Harper Ave Saint Clair Shores, MI 48081-1960 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have·separately filed a completed·confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐_____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.     | SUMMONS |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date 2/7/2025 | Expiration date* 5/9/2025 | Court clerk Rebekka Harris |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)          **SUMMONS**          MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



MCL 600.1910, MCR 2.104, MCR 2.105

| SUMMONS |
|---|
| Case No. : **25-001923-NO** |

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail , return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff,deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____

Attachments (if any)                                                                     Date and time

_____ on behalf of _____ .

Signature

_____

MCL 600.1910, MCR 2.104, MCR 2.105

25-001923-NO FILED IN MY OFFICE   Cathy M. Garrett . WAYNE COUNTY CLERK   2/7/2025 10:23 AM   Rebekka Harris

KRALL LAW OFFICES, PLLC
ATTORNEYS & COUNSELORS
26640 HARPER AVENUE, SAINT CLAIR SHORES, MI 48081 · (586) 299-1300

## STATE OF MICHIGAN
## IN THE 3rd CIRCUIT COURT OF WAYNE COUNTY

GRANT MONTGOMERY,
an individual,
      Plaintiff.

Case No.  25-      -NO
Hon.

v.

STARBUCKS CORPORATION,
a foreign profit corporation,
and
JOHN DOE,
an individual,
      Defendants.

                           /

Thomas G. Krall (P75303)
Attorney for the Plaintiff
26640 Harper Ave.
St. Clair Shores, MI  48081
Phone: (586) 299-1300
Fax: (586) 299-1309
Email: tom@gokralllaw.com

                           /

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any civil action, not between these parties arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

*/s/ Thomas G. Krall*
Thomas G. Krall (P75303)
Attorney for the Plaintiff

## COMPLAINT

NOW COMES the above-named Plaintiff, GRANT MONTGOMERY, by and through attorney, THOMAS G. KRALL, and for this Complaint against the above-named Defendants, states as follows:

1.      Plaintiff is a resident of the County of Wayne, State of Michigan.

2.     Defendant, and does business in the County of Macomb, State of Michigan. Defendant JOHN DOE's name is unknown, is an agent of Defendant STARBUCKS CORPORATION and does business in the County of Wayne, State of Michigan.

3.     That the amount of controversy exceeds $25,000.00, exclusive of costs, attorney fees and interest.

4.     That on or around September 4, 2024, Plaintiff was a business invitee at Defendant's STARBUCKS CORPORATION, located at 1327 W 8 Mile Rd, Detroit, MI 48203, when Defendant's agent allowed a cup with an unsecured lid filled with hot tea be served to Plaintiff, resulting in second-degree burns.

5.     Solely as a result of the injuries caused by the aforementioned, Plaintiff has incurred damages, including:
   (a)   Medical expenses.
   (b)   Plaintiff has, may, and probably will for an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish.
   (c)   Plaintiff has, may, and probably will for an indefinite time in the future be permanently scarred physically, and have a constant reminder of the injury sustained.

6.     Venue is proper because all of the acts, occurrences, and omissions that gave rise to the cause of action described in this complaint occurred in Wayne County, Michigan.

## COUNT I – NEGLIGENCE AS TO BOTH DEFENDANTS

7.     Plaintiff incorporates by reference paragraphs 1 through 6.

8.     That on or around the date of injury listed above, Plaintiff was a business invitee at Defendant STARBUCKS CORPORATION located at 1327 W 8 Mile Rd, Detroit, MI 48203, when Defendant's agent allowed a cup with an unsecured lid filled with hot tea be served to Plaintiff, resulting second-degree burns.
The Defendants had the following duties:
   (a) Appropriately hire and retain employees and/or agents so that they do not have unsafe handling and/or preparation measures with drinks;
   (b) To provide reasonable security and safety to Plaintiff;
   (c) To provide reasonable care in the selection and retention and training of their employees and/or agents;
   (d) To retain only those employees and/or agents who are competent;
   (e) to only allow Defendants' agents who are properly trained and experienced to serve Defendant's guests; and
   (f) The Defendants breached these duties.

9.     That the proximate cause of Plaintiff's damages was the result of Defendant's breach of the duties owed to Plaintiff.

10.    The Plaintiff suffered severe and extreme, emotional and physical injuries.

KRALL LAW OFFICES, PLLC
ATTORNEYS & COUNSELORS
26640 HARPER AVENUE, SAINT CLAIR SHORES, MI 48081 · (586) 299-1300

2

11.     Solely as a result of the injuries caused by the aforementioned, Plaintiff has incurred damages, including:

    (a) Medical expenses;

    (b) Plaintiff has, may, and probably will for an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish;

    (c) Plaintiff has, may, and probably will for an indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being, and equanimity;

    (d) Plaintiff has permanent scarring as a result of the second-degree burns.

WHEREFORE, the Plaintiff, hereby demands a judgment against the Defendants, jointly and severally, in whatever amount he is found to be entitled that is in excess of Twenty-Five Thousand ($25,000.00) Dollars, together with costs, interest, attorney fees and any other remedy the Court deems just and proper.

## COUNT II-RESPONDEAT SUPERIOR

12.     Plaintiff incorporates by reference paragraphs 1 through 11.

13.     The Defendant's agent, JOHN DOE, that was the proximate cause of the Plaintiff's harm, was under the exclusive control of Defendant STARBUCKS CORPORATION.

14.     The Defendant's agent, JOHN DOE, who harmed the Plaintiff had actual and apparent authority of the Defendant to control the business invitees at the premises.

15.     As a direct and proximate result of Defendants' negligent act or the employee/agents' negligent actions, the Plaintiff sustained serious injuries.

16.     As a direct and proximate result of the Defendants' agent's actions, the Plaintiff sustained serious injuries.

17.     Solely as a result of the injuries caused by the aforementioned, Plaintiff has incurred damages, including:

    (a) Medical expenses;

    (b) Plaintiff has, may, and probably will for an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish;

    (c) Plaintiff has, may, and probably will for an indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being, and equanimity;

    (d) Plaintiff has permanent scarring as a result of the second-degree burns.

WHEREFORE, the Plaintiff, hereby demands a judgment against the Defendants, jointly and severally, in whatever amount he is found to be entitled that is in excess of Twenty-Five Thousand ($25,000.00) Dollars, together with costs, interest, attorney fees and any other remedy the Court deems just and proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter a judgment against Defendants, jointly and severally, for an amount in excess of Twenty-Five Thousand ($25,000.00) to cover

3

KRALL LAW OFFICES, PLLC
ATTORNEYS & COUNSELORS
26640 HARPER AVENUE, SAINT CLAIR SHORES, MI 48081 · (586) 299-1300

lost wages, medical expenses, pain and suffering, together with interest, costs, reasonable attorney fees, and such other relief as this Court deems just and equitable under the circumstances.

Date: February 7, 2025

/s/*Thomas G. Krall*
Thomas G. Krall (P75303)
Attorney for Plaintiff

KRALL LAW OFFICES, PLLC
ATTORNEYS & COUNSELORS
26640 HARPER AVENUE, SAINT CLAIR SHORES, MI 48081 · (586) 299-1300

4

**STATE OF MICHIGAN**
**IN THE 3rd CIRCUIT COURT OF WAYNE COUNTY**

GRANT MONTGOMERY,
an individual,
    Plaintiff.

v.

Case No. 25-    -NO
Hon.

STARBUCKS CORPORATION,
a foreign profit corporation,
and
JOHN DOE,
an individual,
    Defendants.

_____/

KRALL LAW OFFICES, PPLC
Thomas G. Krall (P 75303)
Attorney for Plaintiff
26640 Harper Ave.
St. Clair Shores, MI 48081
586.299.1300
tom@gokralllaw.com

_____/

**JURY DEMAND**

NOW COMES Plaintiff by and through counsel, KRALL LAW OFFICES, PLLC and hereby demands a trial by jury to hear all claims.


Date: February 7, 2025

Respectfully submitted,

*/s/ Thomas G. Krall*
Thomas G. Krall (P75303)
Attorney for Plaintiff
26640 Harper Avenue
St. Clair Shores, MI 48081